

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00651-CV

**L.D. BRINKMAN INVESTMENT CORPORATION**, L.D. Brinkman Jr.,
Pamela Brinkman Stone and Charles Thomas,
Appellants

v.

Kathleen Sparrow **BRINKMAN**, Individually and
as Executor of the Estate of Lloyd D. Brinkman, Deceased,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16331B
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the clerk of the court is instructed to disregard the notice of appearance filed on November 23, 2016, and the appellants' motion to strike the notice of appearance is DENIED AS MOOT. The order of the trial court is AFFIRMED. It is ORDERED that appellee, Kathleen Sparrow Brinkman, Individually and as Executor of the Estate of Lloyd D. Brinkman, Deceased, recover her costs of this appeal from appellants, L.D. Brinkman Investment Corporation, L.D. Brinkman, Jr., Pamela Brinkman Stone, and Charles Thomas.

SIGNED April 26, 2017.

_____
Rebeca C. Martinez, Justice